UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE ARMSTRONG,

        Plaintiff,

v.

SCIR AIR SECURITY,

        Defendant.
                                                   /

No. 12-10276

District Judge Marianne O. Battani

Magistrate Judge R. Steven Whalen

## ORDER

For the reasons and under the terms stated on the record on August 8, 2013, Plaintiff's Motion to Compel Discovery [Doc. #33] is GRANTED IN PART AND DENIED IN PART.

Within 14 days of the date of this Order, Defendant shall produce a copy of the SCIS Air Security Vehicle Inspection Report requested in Document Request No. 2, and the documents relating to SCIS's investigation involving the harassment complaints raised by both Dana Christensen and the Plaintiff, requested in Document Request No. 4.

In all other respects, the Motion is DENIED.

IT IS SO ORDERED.

August 8, 2013                              s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the Foregoing document was sent to parties of record on August 8, 2013, electronically and/or by U.S. mail.